IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:21-CV-155-D

| | |
|---|---|
| CIELO JEAN "CJ" GIBSON, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FONTANA GOLF DISTRIBUTORS, LLC, et. al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Fontana Golf Distributors, LLC d/b/a Cherry's Gentlemen's Club and Vincent Fazio.

Respectfully submitted, this the 22nd day of June, 2022.

>/s/DAVID M. FOTHERGILL
David M. Fothergill
N.C. Bar No: 31528
david.fothergill@mgclaw.com
McAngus Goudelock & Courie, PLLC
4130 Parklake Avenue, Suite 550
Post Office Box 30516
Raleigh, North Carolina 27622
Telephone: (919) 827-8358
Facsimile: (919) 510-9825
*Counsel for Defendants Fontana Golf Distributors, LLC d/b/a Cherry's Gentlemen's Club and Vincent Fazio*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve the document on registered users, including the following:

John V. Golaszekski
The Casas Law Firm, P.C.
Email: john@casaslawfirm.com
Attorney for Plaintiffs

Matthew R. Gambale
Osborn Gambale Beckley & Budd PLLC
matt@counselcarolina.com
Local Civil Rule 83.1(d) Attorney for Plaintiffs

Donavan J. Hylarides
Wyatt Early Harris Wheeler LLP
dhylarides@wehwlaw.com
Attorney for Defendants

Respectfully submitted, this the 22nd day of June, 2022.

/s/DAVID M. FOTHERGILL
David M. Fothergill
N.C. Bar No: 31528
david.fothergill@mgclaw.com
McAngus Goudelock & Courie, PLLC
4130 Parklake Avenue, Suite 550
Post Office Box 30516
Raleigh, North Carolina 27622
Telephone: (919) 827-8358
Facsimile: (919) 510-9825
*Counsel for Defendants Fontana Golf Distributors, LLC d/b/a Cherry's Gentlemen's Club and Vincent Fazio*

2