IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-CV-155-D

CIELO JEAN 'CJ' GIBSON, IRINA VORONINA, KIM COZZENS A/K/A KIMBERLY COZZENS, CARMEN ELECTRA A/K/A TARA LEIGH PATRICK, ROSA ACOSTA, URSULA MAYES, LAURIE FETTER JACOBS, JESSE GOLDEN A/K/A JESSICA GOLDEN, EVA PEPAJ, AND JESSICA BURCIAGA,

    Plaintiffs,

v.

FONTANA GOLF DISTRIBUTORS, LLC D/B/A CHERRY'S GENTLEMEN'S CLUB AND VINCENT FAZIO,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Plaintiffs Cielo Jean 'CJ' Gibson, Irina Voronina, Kim Cozzens a/k/a Kimberly Cozzens, Carmen Electra a/k/a Tara Leigh Patrick, Rosa Acosta, Ursula Mayes, Laurie Fetter Jacobs, Jesse Golden a/k/a Jessica Golden, Eva Pepaj, and Jessica Burciaga, and the Defendants Fontana Golf Distributors, LLC d/b/a Cherry's Gentlemen's Club and Vincent Fazio, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of all claims in this action by all parties WITH PREJUDICE. All parties shall bear their own costs and attorney's fees.

Respectfully submitted, this the 1st day of August, 2023.

/s/John V. Golaszewski
John V. Golaszewski, NY Bar No: 4121091
Attorney for Plaintiffs
The Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, NY 10019
(646) 872-3178
Email: john@casaslawfirm.com


/s/Matthew R. Gambale
Matthew R. Gambale, NC Bar No. 43359
Local Civil Rule 83.1(d) Attorney for Plaintiffs
Osborn Gambale Beckley & Budd PLLC
721 W. Morgan Street
Raleigh, NC 27603
(919) 373-6422
matt@counselcarolina.com

/s/Luke A. Dalton
LUKE ANDREW DALTON, NC Bar No: 41188
DAVID M. FOTHERGILL, NC Bar No: 31528
Attorneys for Fontana Golf Distributers, LLC d/b/a
Cherry's Gentlemen's Club
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
luke.dalton@mgclaw.com
david.fothergill@mgclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notification of such filing on registered users, including the following:

Luke Dalton
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
luke.dalton@mgclaw.com

This the 1st day of August, 2023.

/s/John V. Golaszewski
JOHN V. GOLASZEWSKI